Tracy A. Agrall (SBN 100013)
Michael G. Prentice (SBN 359863)
WILD, CARTER & TIPTON
246 W. Shaw Avenue
Fresno, CA 93704
Tel: (559) 224-2131
Email: tagrall@wctlaw.com
         mprentice@wctlaw.com

Attorneys for Defendant FIESTA AUTO INSURANCE & TAX SERVICE

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JOSHUA CUEVAS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FIESTA AUTO INSURANCE & TAX SERVICE; VICTOR MONTELONGO; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No.: 1:24-CV-01502-SKO<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT;ORDER**<br><br>(Doc. 5) |

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
2 attorneys that Defendant GAYTAN AND PINEDA INSURANCE AGENCY LLC LLC
3 erroneously sued as FIESTA AUTO INSURANCE & TAX SERVICE ("Defendant") may have
4 additional time within which to answer or otherwise respond to Plaintiff's complaint. Therefore,
5 the last day for Defendant to answer or otherwise respond to Plaintiff's Complaint is Monday,
6 February 24, 2025.

7  Good cause exists for this extension as defense counsel has recently been retained in this
8 case. Furthermore, the Parties intend to engage in discussions and seek a potential resolution of
9 this case and desire additional time to do so prior to a response being required.

11 Date: January 27, 2025                    SO. CAL EQUAL ACCESS GROUP

13                                           By:   */s/ Jason J. Kim*
14                                                 Jason J. Kim, Esq.
                                                   Attorneys for Plaintiff Joshua Cuevas

16 Date: January 27, 2025                    WILD, CARTER & TIPTON

18                                           By:   */s/ Michael G. Prentice*
                                                   Michael G. Prentice, Esq.
19                                                 Attorneys for Defendant Gaytan and Pineda
                                                   Insurance Agency, LLC LLC erroneously sued
20                                                 as Fiesta Auto Insurance & Tax Service

**WILD, CARTER & TIPTON**
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

**ORDER**

Based on the above Stipulation by the Parties (Doc. 5), and for good cause shown,

IT IS HEREBY ORDERED that Defendant GAYTAN AND PINEDA INSURANCE AGENCY, LLC LLC (erroneously sued as FIESTA AUTO INSURANCE & TAX SERVICE) shall file their pleadings responsive to Plaintiff Joshua Cuevas' Complaint (Doc. 1) on or before February 24, 2025.

IT IS SO ORDERED.

Dated:   **January 28, 2025**             */s/ Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131