**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSHUA CUEVAS**, <br><br> Plaintiff, <br><br> v. <br><br> **FIESTA AUTO INSURANCE & TAX SERVICE et al.**, <br><br> Defendants. | No. 1:24-cv-01502-SKO <br><br> **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** <br><br> (Doc. 10) |

On March 24, 2025, Plaintiff filed a "Notice of Voluntary Dismissal of Entire Action with Prejudice," notifying the Court that this case is voluntarily dismissed. (Doc. 10.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **March 24, 2025**                                         /s/ *Sheila K. Oberto*                       
                                                                                    UNITED STATES MAGISTRATE JUDGE